IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03338-REB-MJW

ANGELA M. DE LA TORRE,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE COLLEGE;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS;
JOSEPH SANDOVAL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS CHAIR OF THE DEPARTMENT OF CRIMINAL JUSTICE AND CRIMINOLOGY; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

    Defendants.

## ORDER

**THIS MATTER**, having come before the Court upon the Defendants' Unopposed Motion to Correct Due Date for Answer (Docket No. 6) and the Court having reviewed the motion and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Defendants' motion is **GRANTED**, and Defendants' Answer is due on February 7, 2012.

Michael J. Watanabe, US Magistrate Judge

Date: January 4, 2012