IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03338-REB-MJW

ANGELA M. DE LA TORRE,

Plaintiff(s),

v.

METROPOLITAN STATE COLLEGE, Board of Trustees;
STEPHEN JORDAN, in his individual and official capacity as President of Metropolitan State College;
LINDA S. CURRAN, in her individual and official capacity as Provost and Vice President for Academic Affairs;
JOSEPH SANDOVAL, in his individual and official capacity as Chair of the Department of Criminal Justice and Criminology; and
LUIS TORRES, in his individual and official capacity as Deputy Provost of Academic Affairs,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (docket no. 19) is GRANTED.  The Amended Complaint (docket no. 19-1) and Jury Demand is accepted for filing as of this date of this minute order.

Date:  March 19, 2012