**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE, Board of Trustees;
STEPHEN JORDAN, in his individual and official capacity as President of Metropolitan State College;
LINDA S. CURRAN, in her individual and official capacity as Provost and Vice President for Academic Affairs;
JOSEPH SANDOVAL, in his individual and official capacity as Chair of the Department of Criminal Justice and Criminology; and
LUIS TORRES, in his individual and official capacity as Deputy Provost of Academic Affairs,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Defendants' Motion To Exclude The Testimony of Plaintiff's Expert Witnesses Ellen Slatkin, Charles Angeletti, and Richard Jackson** [#35] filed November 13, 2012. The motion is **STRICKEN**. The deadline for the filing of Rule 702 motions was September 5, 2012, pursuant to the court's **Trial Preparation Conference Order** [#16] entered March 6, 2012.

    Dated: November 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.