**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE, Board of Trustees;
STEPHEN JORDAN, in his individual and official capacity as President of Metropolitan State College;
LINDA S. CURRAN, in her individual and official capacity as Provost and Vice President for Academic Affairs;
JOSEPH SANDOVAL, in his individual and official capacity as Chair of the Department of Criminal Justice and Criminology; and
LUIS TORRES, in his individual and official capacity as Deputy Provost of Academic Affairs,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT JOSEPH SANDOVAL, ONLY

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#56][1] filed January 31, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiff's claims against defendant Joseph Sandoval should be dismissed with prejudice with each of the affected parties to pay its own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#56] filed January 30, 2013, is **APPROVED**;

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That plaintiff's claims against defendant Joseph Sandoval are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3.  That defendant Joseph Sandoval is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 31, 2013, at Denver, Colorado.

                                                   **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge