## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE, Board of Trustees;
STEPHEN JORDAN, in his individual and official capacity as President of Metropolitan State College;
LINDA S. CURRAN, in her individual and official capacity as Provost and Vice President for Academic Affairs; and
LUIS TORRES, in his individual and official capacity as Deputy Provost of Academic Affairs,

    Defendants.

## ORDER CONCERNING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    This matter is before me on the **Defendants' Motion for Summary Judgment** [#34][1] filed November 6, 2012. The plaintiff filed a response [#43] and the defendants filed a reply [#46]. I deny the motion.

    I have jurisdiction over this case. My jurisdiction arises under 28 U.S.C. § 1331 (federal question).

    I have reviewed the motion, response, reply, and the apposite arguments, authorities, and evidence presented by the parties. It is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

**THEREFORE, IT IS ORDERED** that the **Defendants' Motion for Summary Judgment** [#34] filed November 6, 2012, is **DENIED**.

Dated February 1, 2013, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge