IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03338-SJJ-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE UNIVERSITY OF DENVER;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

Defendants.

---

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

---

Defendants submit the following proposed voir dire questions for the jury trial set to commence in this matter on February 25, 2013:

1. Have you or someone close to you ever been a party in a civil lawsuit?

    Who?

    When?

    What was the lawsuit about?

    What was the resolution?

    Is there anything about your/his/her experience in that lawsuit that would make it difficult for you to fairly weigh the claims in this case?

2. Have you or someone close to you ever been discriminated or retaliated against in employment?

    Who?

    When?

    What were the circumstances?

    Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

3. Have you or someone close to you ever filed a formal or informal complaint of discrimination or retaliation?

    Who?

    When?

    What was the complaint?

    What was the resolution?

    Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

4. Have you or anyone close to you ever been accused of discrimination or retaliation?

    Who?

    When?

    What was the complaint?

    What was the resolution?

Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

5. Have you ever supervised other employees?

   Have you ever recommended termination of an employee or made the decision to terminate an employee?

   Was that decision reviewed by anyone?

   Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

6. Have you ever been fired from a job or disciplined at work?

   When?

   What were the circumstances?

   Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

7. By a show of hands, have any of you or anyone close to you ever worked in a college or institution of higher education such as a community college?

   Who?

   In what position?

   When?

   Is publishing scholarly works part of your/their job?

   Is there anything about your/his/her employment that would make it difficult for you to fairly consider the claims against the Metro and the individuals in this case?

8. Do you or does anyone close to you, work for an agency of the State of Colorado either now or in the past?

    Who?

    When?

    In what position?

    Is there anything about your/his/her employment that would make it difficult for you to fairly consider the claims against the State in this case?

    Is there anyone who would not be able to treat the State or state employees the same as they would treat an individual?

9. By a show of hands, have any of you attended the Metropolitan State University of Denver as a student?

    If so, when?

    In what department?

    Do you keep up with happenings at Metro as an alumnus?

    How would you rate your education at Metro on a scale of 1 to 10?

    How would you rate the quality of Metro's professors on a scale of 1 to 10?

    While you were at Metro, did you have an understanding of the requirements placed on professors, particularly as they related to publishing papers?

    Did you have any interaction with Metro's administration?

Is there anything about your/his/her experience at Metro that would make it difficult for you to fairly weigh the claims against Metro and the individual Metro administrators in this case?

10. Do you have any preconceived ideas about college professors? If so, what?
11. By a show of hands, are any of you parents of children enrolled in higher education?
12. By a show of hands, have any of you or someone close to you ever been accused of lying about something serious at work or in a business-related matter?

    What were the circumstances?

    Did you feel unjustly accused?

    What was the resolution?

    Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

13. Does anyone think that the fact that a claim has been made is an automatic indication of fault?
14. If you hear about a dispute between management and labor, how many of you would immediately take the side of management? The side of labor?
15. Have any of you, or anyone close to you, ever served as a union representative?

    Who?

    When?

Is there anything about your/his/her experience that would make it difficult for you to fairly weigh the claims in this case?

Dated this 15th day of February, 2013.

JOHN W. SUTHERS

Attorney General

*s/ Stephanie Lindquist Scoville*

STEPHANIE LINDQUIST SCOVILLE*
DOUGLAS J. COX*
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendants

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 393-508-6574
FAX: 720-508-6573
E-Mail: stephanie.scoville@state.co.us
*Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-addresses:

David A. Lane
Tiffany Drahota
Lauren Fontana
Darren Jankord
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@KLN-Law.com
tdrahota@KLN-Law.com
lfontana@KLN-Law.com
djankord@KLN-Law.com

*s/ Sally Ott*