IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03338-SJJ-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE UNIVERSITY OF DENVER;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

Defendants.

---

**DEFENDANTS' UNOPPOSED REQUEST FOR FINAL PRETRIAL CONFERENCE**

---

Defendants submit the following request for a final pretrial conference to discuss entry of a final pretrial order in this case.

Certificate of Conferral: In compliance with D.C.COLO.LCivR 7.1(A), undersigned counsel conferred on February 15, 2013 with Plaintiff's counsel regarding the relief sought herein. Plaintiff does not oppose this motion.

1. The parties submitted a proposed final pretrial order on February 1, 2013 [Dkt. #59].

2. The parties appeared before Judge Blackburn for a final pretrial conference on February 8, 2013. As Judge Blackburn indicated that the case would be

reassigned, the parties' proposed final pretrial order was not approved, and a final pretrial order has not yet been entered.

3. Trial in this matter currently is set for Monday – Thursday, February 25-28, 2013 and for Monday, March 4, 2013.

4. A motions hearing is set with the Court for Wednesday, February 20, 2013 at 9:30 a.m. to address outstanding motions.

5. Defendants request that the Court address entry of a final pretrial order, either at the motions hearing or prior to that time via a telephonic status conference. In particular, Defendants desire confirmation of the current trial schedule in order to schedule the appearance of witnesses for trial.

WHEREFORE, Defendants respectfully request that the Court hold a final pretrial conference and enter a final pretrial order in this matter.

Dated this 15th day of February, 2013.

JOHN W. SUTHERS, Attorney General

*s/ Stephanie Lindquist Scoville*

STEPHANIE LINDQUIST SCOVILLE*
DOUGLAS J. COX*
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendants

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 393-508-6574
FAX: 720-508-6573
E-Mail: stephanie.scoville@state.co.us
*Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-addresses:

David A. Lane
Tiffany Drahota
Lauren Fontana
Darren Jankord
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@KLN-Law.com
tdrahota@KLN-Law.com
lfontana@KLN-Law.com
djankord@KLN-Law.com

*s/ Sally Ott*