**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE COLLEGE;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

Defendants.

---

**PLAINTIFF'S PROPOSED VOIR DIRE**

---

Plaintiff Angelina De La Torre ("Plaintiff") by and through her counsel, David A. Lane, Tiffany J. Drahota, and Darren M. Jankord of the law firm of KILLMER, LANE & NEWMAN, LLP, hereby files the following proposed voir dire:

**DISCRIMINATION**

- Do you believe that race discrimination in the work place is a problem in America today? Please explain.
- Have you ever been the victim of discrimination? Please explain.
- Have you ever witnessed discrimination? Please explain.
- Do you believe that minority group members are too quick to blame all of their work problems on racism? Please explain.
- Do you believe that it is a common problem for someone who protests race discrimination at work to be retaliated against by his or her employer?

- Do you believe that people working in government jobs sometimes are discriminated against?
- Do you have any feelings about colleges and universities being accused of discrimination?
- Do you believe that colleges and universities are filled up with liberals who would never discriminate?
- Do you believe that people who are themselves minority group members sometimes discriminate against other minority group members?
- Do you believe that people change as they are promoted within a company?
- Do you believe that employers contrive reasons to fire employees?

**<u>OUR CIVIL JUSTICE SYSTEM</u>**

- Do you believe that if someone's Constitutional rights are violated in the workplace that money damages should be paid to that person?
- Do you believe that most people who file lawsuits are usually simply greedy or money-hungry?
- Do you believe that most lawsuits are frivolous?
- Would you have a problem awarding money damages to a plaintiff if you believe her employer violated the law and damaged her?

**<u>PERSONAL EXPERIENCES</u>**

- Have you ever worked in management with a company?
- Have you ever been promoted within a company?
- Have you ever worked as a member of a union?
- Do you have any strong feelings about unions or management?
- Have you ever been treated unfairly at work? How?
- Have you, a family member or close friend ever been terminated from a job unfairly?

- Have you, a family member or close friend ever been disciplined at work unfairly?
- Have you ever been accused of racism by anyone?
- Do you have any training in a human resources department?
- Have you ever filed a complaint at work alleging unfair treatment? Please explain.

DATED this 15th day of February, 2013.

**KILLMER, LANE & NEWMAN, LLP**

*s/ David A. Lane*
David A. Lane
Tiffany J. Drahota
Darren M. Jankord
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
Email: dlane@kln-law.com
tdrahota@kln-law.com
djankord@kln-law.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed a true and correct copy of the foregoing **PLAINTIFF'S PROPOSED VOIR DIRE** with the clerk of court using the CM/ECF system.

Doug Cox, Esq.
Stephanie Scoville
Office of the Colorado Attorney General
1525 Sherman Street, 7th Floor
Denver, Colorado 80203
(303) 866-5241
*douglas.cox@state.co.us*

*s/ Jamie Akard*