**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE COLLEGE;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

Defendants.

---

## MOTION TO RESET SETTLEMENT CONFERENCE

---

Plaintiff Angelina De La Torre ("Plaintiff") by and through her counsel, David A. Lane, Tiffany J. Drahota, and Darren M. Jankord of the law firm of KILLMER, LANE & NEWMAN, LLP, hereby files the following motion to reset settlement conference, and as grounds therefore, states as follows:

1. A five-day jury trial is set to commence in this case on February 25, 2013 before the Honorable Judge Sterling Johnson, Jr.

2. On February 13, 2013, the parties were ordered to submit settlement statements to the Court by noon on February 19, 2013, and attend a settlement conference on February 21, 2013 at 8:30 a.m. before Magistrate Judge Michael J. Watanabe.

3. Lead counsel for Plaintiff is set for death penalty hearings on February 21, 2013 and February 22, 2013 in the case of the *People of the State of Colorado v. Edward Montour, Jr.* and is unable to attend the settlement conference.

4. The parties have conferred and are available on February 19, 2013 at 3:00 p.m.

5. Plaintiff is requesting that this Court reschedule the settlement conference to accommodate counsel for Plaintiff's schedule, and set a settlement conference for February 19, 2013 at 3:00 p.m.

**CERTIFICATION PURSUANT TO D.C. COLO. LCIVR.7.1:** Undersigned Counsel for the Plaintiff, David A. Lane, certifies that he conferred with Stephanie Scoville on February 15, 2013 regarding whether the defendants opposed the relief sought herein. Counsel for Defendants did not indicate whether they oppose the relief sought herein; however, they did provide counsel for Plaintiff with their availability in order to reset the scheduling conference.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Reset Settlement Conference, and reset the settlement conference for 3:00 p.m. on February 19, 2013.

DATED this 15th day of February, 2013.

**KILLMER, LANE & NEWMAN, LLP**

*s/ David A. Lane*

David A. Lane
Tiffany J. Drahota
Darren M. Jankord
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202

Phone: (303) 571-1000
Facsimile: (303) 571-1001
Email: dlane@kln-law.com
tdrahota@kln-law.com
djankord@kln-law.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed a true and correct copy of the foregoing **MOTION TO RESET SETTLEMENT CONFERENCE** with the clerk of court using the CM/ECF system.

Doug Cox, Esq.
Stephanie Scoville
Office of the Colorado Attorney General
1525 Sherman Street, 7th Floor
Denver, Colorado 80203
(303) 866-5241
*douglas.cox@state.co.us*

*s/ Jamie Akard*