**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE COLLEGE;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

Defendants.

---

**STIPULATED NOTICE OF DISPOSITION**

---

The Parties, by and through their respective counsel, hereby provide the Court with notice that a disposition of this case has been reached, and in support thereof state as follows:

1. The parties participated in informal negotiations on February 18, 2013, at which time the parties reached a settlement of all claims.

2. On February 19, 2013, the parties jointly called the Court to inform the Court that a settlement had been reached.

3. Motions to dismiss the action are forthcoming, and will be filed no later than March 19, 2013.

4. The parties jointly request that the Court vacate the motions hearing set for February 20, 2013; the settlement conference set for February 21, 2013; and the five-day jury trial set to commence on February 25, 2013.

Respectfully submitted this 19th day of February, 2013.

*s/ David A. Lane*

David A. Lane
Tiffany J. Drahota
Darren Jankord
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@kln-law.com
tdrahota@kln-law.com
djankord@kln-law.com
Attorneys for Plaintiff

*s/ Douglas J. Cox*

Douglas J. Cox
Stephanie Lindquist Scoville
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, Colorado 80203
720-508-6574
douglas.cox@state.co.us
stephanie.scoville@state.co.us

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2013, I electronically filed a true and correct copy of the foregoing **STIPULATED NOTICE OF DISPOSITION** with the clerk of court using the CM/ECF system, and that electronic notice will be provided to the following counsel for record:

Doug Cox, Esq.
Stephanie Scoville
Office of the Colorado Attorney General
1525 Sherman Street, 7th Floor
Denver, Colorado 80203
(303) 866-5241
douglas.cox@state.co.us
stephanie.scoville@state.co.us

*s/ Jamie Akard*