IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03338-SJJ-MJW

ANGELINA DE LA TORRE,

Plaintiff(s),

v.

METROPOLITAN STATE COLLEGE, Board of Trustees;
STEPHEN JORDAN, in his individual and official capacity as President of Metropolitan State College;
LINDA S. CURRAN, in her individual and official capacity as Provost and Vice President for Academic Affairs;
LUIS TORRES, in his individual and official capacity as Deputy Provost of Academic Affairs,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

Based upon the Stipulated Notice of Disposition (Docket No. 85), it is hereby

ORDERED that the Settlement Conference set for February 21, 2013, at 8:30 a.m. before Judge Watanabe is vacated, and it is further

ORDERED that the Motion to Reset Settlement Conference (Docket No. 83) is denied as moot.

Date: February 19, 2013