IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03338-SJJ-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, BOARD OF TRUSTEES;
STEPHEN JORDAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF METROPOLITAN STATE COLLEGE;
LINDA S CURRAN, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS; AND
LUIS TORRES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS DEPUTY PROVOST OF ACADEMIC AFFAIRS,

Defendants.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS JORDAN, CURRAN AND TORRES**

---

DEFENDANTS, through their attorney, and PLAINTIFF, stipulate and move as follows, pursuant to Fed.R.Civ.P. 41(a)(1):

1. The parties stipulate and agree that this action should be dismissed with prejudice against Defendants Jordan, Curran and Torres, all parties to pay their own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court dismiss Defendants Jordan, Curran and Torres from this action, with prejudice.

Respectfully submitted this 18th day of March, 2013.

JOHN W. SUTHERS
Attorney General

*s/Douglas J. Cox*
Douglas J. Cox
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
Attorney for Defendants
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6574
douglas.cox@state.co.us

*s/David A. Lane*
David A. Lane
Tiffany J. Drahota
Darren Jankord
Attorneys for Plaintiff
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (303) 571-1000
dlane@kln-law.com
tdrahota@kln-law.com
djankord@kln-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-addresses:

David A. Lane
Tiffany Drahota
Darren Jankord
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@KLN-Law.com
tdrahota@KLN-Law.com
djankord@KLN-Law.com

*s/ Douglas J. Cox*