IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03338-REB-MJW

ANGELINA DE LA TORRE,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, BOARD OF TRUSTEES,

Defendant.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

DEFENDANT, through its attorney, and PLAINTIFF, stipulate and move as follows, pursuant to Fed.R.Civ.P. 41(a)(1):

Plaintiff, Angelina De La Torre, and Defendant, Metropolitan State University of Denver, Board of Trustees, by and through their counsel, have stipulated and agreed that all claims filed on behalf of Plaintiff have been resolved and request this Court for an Order dismissing said claims with prejudice, each party to pay their own costs and attorney fees.

Respectfully submitted this 26th day of March, 2013.

JOHN W. SUTHERS
Attorney General

| | |
|---|---|
| *s/Douglas J. Cox* | *s/David A. Lane* |
| Douglas J. Cox | David A. Lane |
| Senior Assistant Attorney General | Tiffany J. Drahota |
| Civil Litigation and Employment Law Section | Darren Jankord |
| Attorneys for Defendants | Attorneys for Plaintiff |
| | Killmer, Lane & Newman, LLP |

1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6574
douglas.cox@state.co.us

1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (303) 571-1000
dlane@kln-law.com
tdrahota@kln-law.com
djankord@kln-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-addresses:

David A. Lane
Tiffany Drahota
Darren Jankord
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@KLN-Law.com
tdrahota@KLN-Law.com
lfontana@KLN-Law.com
djankord@KLN-Law.com

*s/ Douglas J. Cox*